# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-1540

_____

| | | |
|---|---|---|
| Bradley L. Winters, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Northern |
| v. | * | District of Iowa. |
| | * | |
| William J. Hoekstra; Karen Purcell; | * | [UNPUBLISHED] |
| Janet L. Bechtel, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 7, 1999
Filed: September 14, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Bradley L. Winters appeals the district court's order dismissing Winters's 42 U.S.C. § 1983 action against a prosecutor and two clerks. Having reviewed the record and the parties' briefs, we affirm for the reasons stated in the district court's thorough opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.